Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>MIN WOO SHIN,<br><br>                Defendant. | CASE NO.  CR21-195 RSL<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

The Court, having reviewed the Unopposed Motion to Dismiss the Indictment Without Prejudice, enters the following order:

IT IS HEREBY ORDERED that the Indictment in this case is dismissed without prejudice.

Dated this __28th__ day of February, 2022.

ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
Assistant United States Attorney

Order Dismissing Indictment Without Prejudice
*United States v. Shin, CR21-195 RSL - 1*